AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Delaware

| | |
|---|---|
| COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, <br><br> *Plaintiff(s)* <br><br> v. <br><br> CX360, INC., <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No. 1:25-cv-01338-UNA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CX360, INC.
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Morris Nichols Arsht & Tunnell LLP
Sara Carnahan (I.D. No. 7175)
1201 N. Market Street
Wilmington, DE  19801
Email: scarnahan@morrisnichols.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11/3/25

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-CV-01338-UNA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* CX360, INC.
was received by me on *(date)* 11/04/2025 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* CORPORATION SERVICE COMPANY, AS AGENT, ACCEPTED BY LYNANNE GARES, MANAGING AGENT EMPLOYED AT REGISTERED AGENT, who is designated by law to accept service of process on behalf of *(name of organization)* CX360, INC. 251 LITTLE FALLS DRIVE, WILMINGTON, DE 19808 on *(date)* 11/04/2025 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/04/2025

*Server's signature*

KEVIN S. DUNN          PROCESS SERVER
*Printed name and title*

BRANDYWINE PROCESS SERVERS
801 BRANDYWINE BLVD, STE 7
WILMINGTON, DE 19809

*Server's address*

Additional information regarding attempted service, etc:

SERVED SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE ITS COMPLAINT AND SUPPORTING EXHIBITS UNDER SEAL, RULE 7.1 DISCLOSURE STATEMENT, PLAINTIFF'S MOTION FOR LEAVE TO FILE COMPLAINT AND EXHIBITS UNDER SEAL WITH PROPOSED ORDER, COMPLAINT, EXHIBITS A-D